FILED

2008 JUN -4 PM 4: 17

CLERK US
SOUTHERN DIST...

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

|  |  |
|---|---|
| UNITED STATES OF AMERICA,      ) | Criminal Case No. '08 CR 1813 IEG |
| Plaintiff,      ) | I N D I C T M E N T |
| v.      ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| ANA ELIZABETH GUTIERREZ,      ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with |
| Defendant.      ) | Intent to Distribute |

The grand jury charges:

Count 1

On or about May 22, 2008, within the Southern District of California, defendant ANA ELIZABETH GUTIERREZ did knowingly and intentionally import approximately 31.56 kilograms (approximately 69.43 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

CEM:fer:Imperial
6/2/08

<u>Count 2</u>

On or about May 22, 2008, within the Southern District of California, defendant ANA ELIZABETH GUTIERREZ did knowingly and intentionally possess, with intent to distribute, approximately 31.56 kilograms (approximately 69.43 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: June 4, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By _____
CALEB E. MASON
Assistant U.S. Attorney