**DIANE M. REGAN**
California State Bar No. 207027
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Email: diane_regan@fd.org

Attorneys for Ms. Gutierrez

UNITED STATES MAGISTRATE COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1813-IEG (PCL) |
| Plaintiff, | ) | |
| v. | ) | |
| ANA ELIZABETH GUTIERREZ, | ) | STIPULATION FOR MODIFICATION OF BOND CONDITIONS |
| Defendant. | ) | |

　　　**IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES**, that the travel restrictions imposed on Ms. Gutierrez' bond conditions be modified to allow for travel between the Southern District of California and the Central District of California so that Ms. Gutierrez may travel to the Central District for job training. The consent forms from the sureties are attached as exhibits.

　　　**SO STIPULATED.**

Dated:  June 17, 2008　　　　　　　　　/s/ Diane M. Regan
　　　　　　　　　　　　　　　　　　**DIANE M. REGAN**
　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　Attorneys for Ms. Gutierrez

Dated:  June 17, 2008　　　　　　　　　/s/ John Weis
　　　　　　　　　　　　　　　　　　**JOHN WEIS**
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　/s/ Arturo Montano
Dated:  June 17, 2008　　　　　　　　　**ARTURO MONTANO**
　　　　　　　　　　　　　　　　　　Pretrial Services Officer

# APPENDIX OF EXHIBITS

<u>United States v.  Ana Elizabeth Gutierrez</u>

08CR1813-IEG (PCL)

Exhibit A, Declaration of Sureties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

# EXHIBIT A

Declaration of Sureties

# FEDERAL DEFENDERS OF SAN DIEGO, INC.

June 16, 2008

*Re: USA v. Ana Elizabeth GUTIERREZ  08MJ8460*

The Federal Community Defender Organization for the Southern District of California

Dear Judge Lewis,

We, the sureties on the bond of Mrs. Ana Elizabeth Gutierrez, agree to the court's modification of her bond conditions allowing her to travel to the Central District of California for the purpose of a job training only at the discretion of U.S. Pretrial Services.

We, understand that this changes the terms of the agreement that we signed and agree to continue to act a sureties on the bond with the changed conditions.

_____
Manuel Humberto Kong

_____
Alvaro Gutierrez

NBC Building
225 Broadway
Suite 900
San Diego,
California
92101-5008
**(619) 234-8467**
**FAX (619) 687-2666**

1

**FEDERAL**

**DEFENDERS**

**OF**

**SAN DIEGO,**

**INC.**

June 16, 2008

Re: USA v. Ana Elizabeth GUTIERREZ  08MJ8460

The Federal Community
Defender Organization
for the Southern
District of California

Dear Judge Lewis,

We, the sureties on the bond of Mrs. Ana Elizabeth Gutierrez, agree to the court's modification of her bond conditions allowing her to travel to the Central District of California for the purpose of a job training only at the discretion of U.S. Pretrial Services.

We, understand that this changes the terms of the agreement that we signed and agree to continue to act a sureties on the bond with the changed conditions.

_____

Manuel Humberto Kong

Alvaro Gutierrez

NBC Building
225 Broadway
Suite 900
San Diego,
California
92101-5008
(619) 234-8467
FAX (619) 687-2666

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08CR1813-IEG (PCL) |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| ANA ELIZABETH GUTIERREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

John Weis, Assistant United States Attorney
880 Front Street
San Diego, CA  92101

Arturo Montano, United States Probation Officer
101 W. Broadway, Ste. 700
San Diego, CA  92101

Dated: June 17, 2008

*/s/ Diane M. Regan*
**DIANE M. REGAN**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
E-mail:diane_regan@fd.org