UNITED STATES MAGISTRATE COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08CR1813-IEG (PCL) |
| Plaintiff, | ) |
| v. | ) ORDER MODIFYING |
| ANA ELIZABETH GUTIERREZ, | ) BOND CONDITIONS |
| Defendant. | ) |

**IT IS HEREBY ORDERED FOR GOOD CAUSE HAVING BEEN SHOWN** that the travel restrictions imposed on the above-named defendant's bond conditions be modified to allow for travel between the Southern District of California and the Central District of California.

**SO ORDERED.**

Date: JUNE 20, 2008

**HONORABLE PETER C. LEWIS**
United States Magistrate Judge